HELEN M. ALLEN, Respondent, v. HARRY R. ALLEN, Appellant.— Order denying motion to preclude plaintiff from offering evidence in support of certain allegations affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

BANK OF MANHATTAN TRUST COMPANY, Respondent, v. C. & W. CONSTRUCTION CO., INC., and Others, Appellants, Impleaded with THOMAS J. MURPHY, Defendant. — Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

MARGARET BERKO, as Executrix, etc., of GEZA D. BERKO, Deceased, Appellant, v. SAMUEL ZIERLER, Respondent.— Order in so far as it denies plaintiff's motion to restore action to the trial calendar reversed on the law and the facts, without costs, and motion granted; in so far as it grants defendant's cross-motion to dismiss the complaint for plaintiff's failure to prosecute, the order is reversed on the law and the facts, without costs, and motion denied. We are of opinion that the defendant was responsible equally with the plaintiff for the delay in bringing this case to trial. Appeal from order denying plaintiff's motion for reargument dismissed. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.

EDYTHE BITOWF, Appellant, v. CHARLES J. BITOWF, Respondent.— Order denying motion for counsel fee and temporary alimony reversed on the law and the facts and the matter remitted to the Special Term for a suitable allowance for alimony and a reasonable counsel fee. In view of the defendant's counterclaim, the plaintiff is entitled to alimony *pendente lite* and a reasonable counsel fee to enable her to defend the counterclaim. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

NICHOLAS CORBA, Respondent, v. CHARLES ANDERSON, Appellant.— Judgment of the County Court of Orange county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

CRANE COMPANY (a Corporation), Respondent, v. GORDON PLUMBING AND HEATING SUPPLY Co., INC., Appellant.— Order denying motion to strike out certain paragraphs of the amended complaint affirmed, with fifty dollars costs and disbursements, with leave to defendant to serve its answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.